■ ÆTNA CASUALTY AND SURETY COMPANY on Behalf of Itself and All Others Entitled to Share in the Proceeds Arising under a General Construction Contract (Contract No. 1) for the Hempstead Turnpike Junior High School, Elmont, between Central High School District No. 2, Towns of Hempstead and North Hempstead, Nassau County, and Ranes Construction Corp., Respondent, v. LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK et al., Defendants, and DAVID WEISS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of J. P. MORGAN & Co., INCORPORATED, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents.— Order unanimously reversed, on the facts, with costs to the respondents-appellants-respondents, and the assessments are reinstated in total amounts as follows: 1952–53 $5,100,000; 1953–54 $5,100,000; 1954–55 $5,200,000; 1955–56 $5,300,000. The total assessment values are justified by the record. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JASPER ETHERIDGE, Respondent, v. ERIC CORPENING, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MARIA MANTIONE, Respondent, v. SALVATORE MANTIONE, Appellant.— Order is unanimously reversed and a new hearing is ordered. The evidence is insufficient to form a conclusion as to whether the petitioner is entitled to support either on a means basis or a public charge basis. Accordingly, in the interest of justice a new hearing is ordered. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Accounting of A. LOEB SALKIN, Respondent, as Trustee of the Trust Created by THEODORE LIPIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between JAMES B. CAREY, as President of International Union of Electrical, Radio and Machine Workers (AFL–CIO), Respondent, and GENERAL ELECTRIC COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ SMITH, KIRKPATRICK & Co., INC., Respondent, v. ROWLAND H. SPENCER et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Order unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ TOPPS CHEWING GUM, INC., Respondent, v. LUCKENBACH STEAMSHIP COMPANY, INC., Defendant, and ATLANTIC SHIP RIGGING Co. INC., Appellant. Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ EMILY H. STORFF, Respondent, v. DAVID N. ABERMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.